COLLETT,
*Appellant,*
*v.*
CASCADE HEALTH CARE, INC., et al,
*Respondents.*

(No. A7611-15818, CA 13125)

603 P2d 369

Richard P. Noble, P.C., Portland, argued the cause r appellant. With him on the brief was Lawrence obbrock, Portland.

David C. Landis, Portland, argued the cause for spondents. With him on the brief were James M. llahan, and Gearin, Landis & Aebi, Portland.

Before Schwab, Chief Judge, and Thornton and nzer, Judges.

PER CURIAM

## PER CURIAM

The sole assignment of error concerns the giving of an instruction which the plaintiff contends was erroneous. Assuming for the sake of argument that the instruction was not a correct statement of law, and that error was preserved by a proper objection and considering the challenged instruction in the context of the instructions as a whole, we nevertheless affirm. Or Const, Amended Art VII, § 3; ORS 19.125(2).

Affirmed.